PROB 35  
(Rev. 4/81)

Report and Order Terminating Probation/  
Supervised Release Prior to Original Expiration Date

# United States District Court
## For The
## District of New Jersey

UNITED STATES OF AMERICA

v.

Crim. No.   99-00620-001

Beverly Michelle Ford

On December 12, 2003, the above named was placed on supervised release for a period of four years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervised release.

Respectfully submitted,

*Elizabeth Villa*

United States Probation Officer  
Elizabeth Villa

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervised release and that the proceedings in the case be terminated.

Dated this __22__ day of _____, 20 _07_.

United States District Judge